UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of The Seizure Of | ) |
| | ) No.  4:24MJ3161 NCC |
| Twelve (12) Domain Names, further described | ) |
| in Attachments A-1 and A-2. | ) |

**O R D E R**

On motion of the United States of America, it is hereby ordered that 1) the redacted copy of the application and affidavit shall be filed; 2) that the original application and affidavit shall remain sealed; and 3) that the original seizure warrant and redacted application and affidavit shall be unsealed.

This Order is based upon the sealed motion of the government establishing that: (a) the government has a compelling interest in filing redacted copy of the document in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to filing redacted copy is appropriate or practical.

_____
HONORABLE NOELLE C. COLLINS
United States Magistrate Judge

Dated: This  15th  day of  May , 2024.